# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

DINAE L. BLEYTHING,

                **Plaintiff,**

              v.                                        Civil No. 06-1548-AA

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                **Defendant.**

## JUDGMENT

    This action is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Dated: June 5, 2008.

                                  **/s/ ANN AIKEN**
                             **United States District Judge**