IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DIANE L. BLEYTHING, | CV# 06-1548-AA |
| Plaintiff, | |
| v. | ORDER GRANTING ATTORNEY FEES UNDER 42 U.S.C. § 406(b) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Attorneys' fees in the amount of $29,700.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees in the amount of $3063.56 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount previously awarded under the EAJA and send Plaintiff's attorney the balance of $26,636.44, minus any applicable processing fees as allowed by statute.

Dated this 26 day of August, 2010.

_____
U.S. District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon

ORDER GRANTING ATTORNEY FEES – 1